Zakuon A. BINAIRD, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 270, 2016

Supreme Court of Delaware.

Submitted: January 18, 2017

Decided: January 18, 2017

Court Below: Superior Court of the
State of Delaware, No. 1410000295

AFFIRMED.